UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY ANTONELLI**, | : | |
| | : | Case No. 19-cv-3927-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **YOUTH EDUCATION IN THE ARTS!, ET AL.**, | : | |
| | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 3rd day of March, 2020, upon consideration of Defendants' Motion to Dismiss (ECF No. 9), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED** in part and **DENIED** in part. The Court **DISMISSES WITH PREJUDICE** Count III, and **DISMISSES WITHOUT PREJUDICE** Counts I, II, IV and VI.

Plaintiff may file a second amended complaint consistent with this Order, if desired, on or before **March 17, 2020.**

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge

**Judge John Milton Younge**